## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RICKIE GREEN**
**ADC #117055**                                                                                          **PLAINTIFF**

**V.**                              **No. 2:08CV00103 BSM-BD**

**G. HARMON,** *et al.*                                                                                  **DEFENDANTS**

### ORDER

Plaintiff, an inmate confined to the Arkansas Department of Correction ("ADC"), East Arkansas Regional Unit, filed this action pro se under 42 U.S.C. § 1983 (docket entry #2). The Court previously allowed Plaintiff to proceed *in forma pauperis* (#3). Plaintiff now moves to have this action dismissed (#17). Plaintiff's motion (#17) is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE