IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**RICKIE GREEN**
**ADC #117055**                                                                                      **PLAINTIFF**

V.                         No. 2:08CV00103 BSM-BD

**G. HARMON,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE